**Order entered December 31, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00927-CV

**CITY OF PLANO, TEXAS, Appellant**

**V.**

**GREG HATCH AND LAURA HATCH, Appellees**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-01849-2017**

## ORDER

Before the Court is appellant's December 28, 2018 unopposed motion for extension of time to file its reply brief. We **GRANT** the motion and **ORDER** the reply brief due on or before January 28, 2019.

/s/    DAVID EVANS
         JUSTICE